## THOMPSON V. CHURCH.

In a prosecution for a private assault, the general character may not be inquired after, in order to establish the fact.

PROSECUTION *qui tam* for a private assault, brought upon the statute. Issue to the jury.

The plaintiff offered evidence to prove that said Church's general character was that of a malicious quarrelsome man; which was objected to, and by the court not admitted. The general character is not in issue; the business of the court is to try the case and not the man; and a very bad man may have a very righteous cause.